# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Samuel Edeh,  Civil No. 10-3070 (RHK/JJK)

    Plaintiff,  **ORDER**

v.

Regent Asset Management Solutions, Inc., Lisa Doe, John Taylor, and John Doe,

    Defendants.

---

Pursuant to the Notice of Dismissal Without Prejudice (Doc. No. 10), **IT IS ORDERED** that the Complaint against Defendants Lisa Doe, John Taylor, and John Doe is **DISMISED WITHOUT PREJUDICE**.

Dated: November 9, 2010

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge